# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### CIVIL ACTION NO: 5:25-CV-746

| | |
|---|---|
| CYNTHIA LEE; R.S. by and through her parent, C.S., and on behalf of all others similarly situated; D.C. by and through his parent, B.C., and on behalf of all others similarly situated; J.M. by and through his parent and guardian, C.M., and on behalf of all others similarly situated; and L.J. by and through his parent and guardian, C.J., and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> CUMBERLAND COUNTY BOARD OF EDUCATION; NORTH CAROLINA DEPARTMENT OF PUBLIC INSTRUCTION; AYANNA RICHARD in her individual capacity and official capacity as Cumberland County Schools' Executive Director of Exceptional Children Services; and SHANNON BOOTH in her individual capacity and official capacity as Principal of Sherwood Park Elementary School, <br><br> Defendants. | **MOTION TO DISMISS FIRST AMENDED COMPLAINT FILED ON BEHALF OF NORTH CAROLINA DEPARTMENT OF PUBLIC INSTRUCTION** |

NOW COME Defendant North Carolina Department of Public Instruction ("DPI"), by and through counsel, Todd R. Russell, Special Deputy Attorney General, and Aymie Feeney, Assistant Attorney General, pursuant to Rules 12(b)(1), 12 (b)(2), and 12(b)(6) of the Federal Rules of Civil Procedure, and respectfully moves to dismiss the claims against it. Plaintiffs have failed to state a claim against DPI upon which relief can be granted and failed to exhaust

administrative remedies.  Additionally, Plaintiff Cynthia Lee's claims should be dismissed due to lack of subject matter jurisdiction and DPI's sovereign immunity.  DPI relies on its Memorandum of Law in support of this motion, which has been filed contemporaneously.

Respectfully submitted, this 2nd day of April, 2026.

JEFF JACKSON
ATTORNEY GENERAL

/s/ Todd R. Russell
Todd R. Russell
Special Deputy Attorney General
State Bar No. 60541
North Carolina Department of Justice
Post Office Box 629
Raleigh, North Carolina 27602
(919) 716-0585
trussell@ncdoj.gov

Aymie Feeney
Assistant Attorney General
State Bar No. 43805
North Carolina Department of Justice
Post Office Box 629
Raleigh, North Carolina 27602
(919) 716-6643
afeeney@ncdoj.gov

2

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that the undersigned has this day electronically filed the foregoing **MOTION TO DISMISS FIRST AMENDED COMPLAINT FILED ON BEHALF OF NORTH CAROLINA DEPARTMENT OF PUBLIC INSTRUCTION** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered CM/ECF users:

Robert C. Ekstrand
Ekstrand & Ekstrand LLP
rce@ninthstreetlaw.com

*Counsel for Plaintiffs*

Edward Eugene Coleman, III
Amie Carol Sivon
Mary M. Webb
Ragsdale Liggett PLLC
ecoleman@rl-law.com
asivon@rl-law.com
mwebb@rl-law.com

*Counsel for Cumberland County Board of Education, Ayanna Richard, and Shannon Booth*

This the 2nd day of April, 2026.

JEFF JACKSON
ATTORNEY GENERAL

/s/ Todd R. Russell
Todd R. Russell

3