| | |
|---|---|
| CYNTHIA LEE, M.S.Ed; R.S. by and through her parent, C.S., and on behalf of all others similarly situated; D.C. by and through his parent, B.C., and on behalf of all others similarly situated; J.M. by and through his parent, C.M., and on behalf of all others similarly situated;<br><br>                          Plaintiffs,<br><br>    v.<br><br>CUMBERLAND COUNTY BOARD OF EDUCATION; NORTH CAROLINA DEPARTMENT OF PUBLIC INSTRUCTION; CAROL ANN HUDGENS in her official capacity as Senior Director of the North Carolina Department of Public Instruction Office of Exceptional Children; AYANNA RICHARD in her individual capacity and in her official capacity as Cumberland County Schools' Executive Director of Exceptional Children Services; and SHANNON BOOTH in her individual capacity and official capacity as Principal of Sherwood Park Elementary School;<br><br>                          Defendants. | |

---

## MOTION TO DISMISS

---

NOW COME Cumberland County Board of Education, Ayanna Richard, and Shannon Booth ("Moving Defendants"), by and through undersigned counsel, and move the Court, pursuant Rules 12(b)(1), 12(b)(2), and/or 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss the claims in the Amended Complaint (DE 28) for the following reasons:

1.     Minor Plaintiffs' Individual and Class Action Claims must be dismissed pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure because Minor Plaintiffs failed to exhaust federal administrative remedies and no exception to exhaustion exists;

2.     Minor Plaintiffs' Claims against Defendants Booth and Richard in their official capacities must be dismissed pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure because these claims are duplicative of the claims against Defendant CCBOE;

3.     Minor Plaintiffs' Claims against Defendants Booth and Richard in their individual capacities must be dismissed pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure because the IDEA and the Rehabilitation Act do not provide for individual liability;

4.     Plaintiff Lee's Claims against Moving Defendants should be dismissed as she has not sufficiently alleged a retaliation and constructive discharge situation;

5.     Plaintiff Lee's Claims against Moving Defendants under the IDEA must be dismissed pursuant to Rules 12(b)(1) and/or 12(b)(6) of the Federal Rules of Civil Procedure because Plaintiff Lee lacks standing to pursue her claims;

6.     Plaintiff Lee's Claims against Defendants Booth and Richard in their official capacities must be dismissed pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure because these claims are duplicative of the claims against Defendant CCBOE;

7.     Plaintiff Lee's Claims against Defendants Booth and Richard in their individual capacities must be dismissed pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure because the IDEA and the Rehabilitation Act do not impose individual liability;

8.     Plaintiff Lee's Claim for wrongful termination should be dismissed because North Carolina does not recognize wrongful termination claim for constructive discharge and because Defendants CCBOE and Booth are entitled to governmental immunity;

9. Plaintiff Lee's United States Constitution First Amendment Claim should be dismissed because Plaintiff Lee was not speaking as a citizen;

10. Plaintiff Lee's North Carolina First Amendment Claim should be dismissed because North Carolina does not recognize wrongful termination for construction discharge and because Plaintiff Lee was not speaking as a citizen;

11. Plaintiff Lee's punitive damages claim against Defendant CCBOE must be dismissed pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure because punitive damages are not available against a governmental entity.

12. Plaintiffs' claims otherwise should be dismissed for failing to state a claim upon which relief can be granted, lack of standing, lack of jurisdiction, and sovereign/governmental immunity.

13. A memorandum of law is being filed contemporaneously in support of this motion.

WHEREFORE, Moving Defendants respectfully request that their Motion to Dismiss be GRANTED and that Plaintiffs' claims be DISMISSED.

Respectfully submitted this 1st day of May 2026.

<div style="margin-left:45%">

By:   _/s/ Amie C. Sivon_____
Mary M. Webb
NC Bar No. 19166
Email: mwebb@rl-law.com
Amie C. Sivon
NC Bar No. 34206
Email : asivon@rl-law.com
Edward E. Coleman III
NC Bar No. 42515
Email: ecoleman@rl-law.com
**RAGSDALE LIGGETT PLLC**
2840 Plaza Place, Suite 400
Raleigh, NC 27612
Telephone: (919) 787-5200
Facsimile: (919) 783-8991
*Counsel for Cumberland County Board of*
*Education, Ayanna Richard and Shannon*
*Booth*

</div>