IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:25-CV-746-D

| | | |
|---|---|---|
| CYNTHIA LEE, et al., Plaintiffs, | ) | |
| v. | ) | **ORDER** |
| CUMBERLAND COUNTY BOARD OF EDUCATION, et al., Defendants. | ) | |

In light of plaintiffs' amended complaint [D.E. 28], the court DISMISSES as moot defendants' motions to dismiss plaintiffs' complaint [D.E. 21, 23]. The court will resolve defendants' motions to dismiss plaintiffs' amended complaint [D.E. 31, 36] in due course.

SO ORDERED. This 15 day of July, 2026.

J. Dever

JAMES C. DEVER III
United States District Judge