IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO: 5:25-CV-746

**CYNTHIA LEE; R.S. by and through her parent, C.S., and on behalf of all others similarly situated; D.C. by and through his parent, B.C., and on behalf of all others similarly situated; J.M. by and through his parent and guardian, C.M., and on behalf of all others similarly situated; and L.J. by and through his parent and guardian, C.J., and on behalf of all others similarly situated,**

**Plaintiffs,**

**v.**

**CUMBERLAND COUNTY BOARD OF EDUCATION; NORTH CAROLINA DEPARTMENT OF PUBLIC INSTRUCTION; AYANNA RICHARD in her individual capacity and official capacity as Cumberland County Schools' Executive Director of Exceptional Children Services; and SHANNON BOOTH in her individual capacity and official capacity as Principal of Sherwood Park Elementary School,**

**Defendants.**

**DEFENDANT NORTH CAROLINA DEPARTMENT OF PUBLIC INSTRUCTION'S PROPOSED ORDER GRANTING MOTION TO STAY THE ORDER FOR DISCOVERY PLAN**

This matter came before the Court on Defendant North Carolina Department of Public Instruction's Motion to Stay and supporting Memorandum. Having considered the Motion, any response and reply, the record and applicable law, the Court finds that the Motion is GRANTED.

IT IS THEREFORE ORDERED that:

1. Defendant's Motion to Stay is GRANTED.
2. All discovery, including the parties' obligations to submit a Proposed Discovery Plan and Scheduling Order, is STAYED pending the Court's resolution of the Defendants Motion to Dismiss.
3. The stay applies only to discovery and does not affect the parties' obligation to preserve all potentially relevant evidence.
4. Within thirty (30) days after the Court enters an Order resolving the Motion to Dismiss, the parties shall confer pursuant to Rule 26(f) of the Federal Rules of Civil Procedure and submit a proposed scheduling order or otherwise comply with any scheduling directives by the Court.
5. The Court may lift or modify this stay upon motion or upon its own initiative if circumstances warrant.

SO ORDERED.

This the _____ day of ____________, 2026.

_________________________________
US District Judge/Magistrate/Clerk